# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 13-80450-CIV-HURLEY

JOSEPH J. FOSTANO,
     plaintiff,

vs.

PALM BEACH CREDIT ADJUSTORS, INC.
d/b/a FOCUS FINANCIAL SERVCES and
JOHN DOE,
     defendants.

_____/

### ORDER OF CLOSE-OUT

    **THIS  CAUSE** is before the Court upon the parties' joint stipulation of dismissal with prejudice based on settlement filed September 23, 2013  [ECF No. 18], which pursuant to *Anago Franchising Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), operates as a self executing document and dismisses the case upon filing.

    It is accordingly **ORDERED AND ADJUDGED**:

    As this case has now effectively been dismissed by stipulation of the parties, pursuant to Fed. R. Civ. P. 41, the Clerk of the Court is directed to enter this case as **CLOSED** and terminate any pending motions as  **MOOT.**

    **DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 16th  day of October, 2013.

Daniel T. K. Hurley
United States District Judge

cc.  All counsel

For updated court information, see unofficial website
at www.judgehurley.com